```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorneys
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
```





JUN 0 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:11 CR 00188 OWW

| UNITED STATES OF AMERICA, | ) CASE NO. |
|---|---|
| Plaintiff, | ) EX PARTE MOTION TO SEAL |
| | ) INDICTMENT PURSUANT |
| v. | ) TO RULE 6(e), FEDERAL |
| | ) FEDERAL RULES OF |
| GONZALO ESQUIVEL, et al., | ) CRIMINAL PROCEDURE |
| Defendants. | ) |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on June 2, 2011, charging the above defendants with a violation of Title 21, United States Code, §§ 846, 841(a)(1)- Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine and other charges be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the findings

1

1  of the Indictment or any warrants issued pursuant thereto, except
2  when necessary for the issuance and execution of the warrants.
3  DATED: June 2, 2011                    Respectfully submitted,
4                                         BENJAMIN B. WAGNER
                                          United States Attorney
5
                                          By  /s/ Kimberly A. Sanchez
6                                            KIMBERLY A. SANCHEZ
                                             Assistant U.S. Attorney
7
8  IT IS SO ORDERED this  2  day of June, 2011
9
                                          _____
10                                         U.S. Magistrate Judge

2