| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  KIMBERLY A. SANCHEZ<br>   Assistant U.S. Attorney<br>3  4401 Federal Building<br>   2500 Tulare Street<br>4  Fresno, California 93721<br>   Telephone: (559) 497-4077 | <br> |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   1:11-CR-00188 OWW
                                     )
            Plaintiff,               )   ORDER TO UNSEAL INDICTMENT AND
                                     )   WARRANT OF ARREST
     v.                              )
                                     )
                                     )
GUSTAVO MORENO, and                  )
DAVID TORRES                         )
                                     )
            DEFENDANTS.               )
_____  )

The indictment and warrant of arrest in this case, having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. On April 7, 2011, the indictment and warrants of arrest were unsealed as to Gonzalo Esquivel, Kenneth Hernandez, and Efren Steve Jiminez. It appearing that the indictment and warrant of arrest no longer need remain secret for any of the defendants, it is HEREBY ORDERED that the indictment and warrant be unsealed and made public record for Gustavo Moreno and David Torres.

Dated: June 8, 2011

                                          _____
                                          U.S. Magistrate Judge

1