BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-cr-00188 LJO |
| Plaintiff, | ) ) | STIPULATION AND ORDER FOR CONTINUANCE AND MOTION SCHEDULE |
| v. | ) ) | |
| GONZALO ESQUIVEL, AKA "GUNNER," KENNETH HERNANDEZ, AKA "KENNY," EFREN STEVE JIMINEZ, AKA "GRANDE," AND GUSTAVO MORENO, AKA "GUS GUS," | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

     IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,

United States Attorney and Kimberly A. Sanchez, Assistant U.S.

Attorney and Steven B. Plesser, attorney for defendant Esquivel, Kyle

Knapp, attorney for defendant Hernandez, Kelly Babineau, attorney for

defendant Jiminez, David Fischer, attorney for defendant Moreno, and

Robert Cassio, attorney for defendant Torres to move for the status

conference currently set for December 5, 2011 to be continued to

March 12, 2012 at 1:00 p.m.

1

Counsel have conferred, and counsel for defendants believe that additional time beyond December 5, 2011 will be necessary to review discovery, conduct further investigation, and engage in further plea negotiations as plea offers have been extended to all but 1 defendant.

Counsel have conferred, and further stipulate to and request that the Court order the following motion schedule:

Motions to be filed on or before: January 30, 2012

Responses to be filed on or before: February 27, 2012

Replies to be filed on or before: March 5, 2012

Motion hearing/status conference: March 12, 2012 at 1:00 p.m. The parties further stipulate and agree that should any party request an evidentiary hearing on any motion, the party will indicate such request in his/her pleading after consulting with the other parties as to their availability and whether there is any opposition to such a request.

Counsel agree that the time between the signing of the requested order and March 12, 2012 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare for motions, and further action in the case, conduct additional investigation, engage in further plea negotiations, and for continuity of counsel such that all defendants' counsel may

///

///

///

///

2

appear.  Moreover, the parties previously agreed that due to the nature of the prosecution and the amount of discovery resulting from the investigation involving multiple wiretaps, pursuant to 18 U.S.C. §3161(h)(7)(B), the case is complex.

Dated: November 23, 2011                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                      By    /s/ Kimberly A. Sanchez
                                            KIMBERLY A. SANCHEZ
                                            Assistant U.S. Attorney

Dated: November 23, 2011                    /s/ Steven B. Plesser


                                            STEVEN B. PLESSER
                                            Attorney for Gonzalo Esquivel

Dated: November 23, 2011                    /s/ Kyle Knapp
                                            KYLE KNAPP
                                            Attorney for Kenneth Hernandez


Dated: November 23, 2011                    /s/ David Fischer
                                            DAVID D. FISCHER
                                            Attorney for Gustavo Moreno


Dated: November 23, 2011                    /s/ Robert Cassio
                                            ROBERT CASSIO
                                            Attorney for David Torres


IT IS SO ORDERED.

**Dated:   November 23, 2011**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

3