BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00188 LJO |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTIONS AND RESPONSES THERETO |
| v. | |
| GONZALO ESQUIVEL, AKA "GUNNER," KENNETH HERNANDEZ, AKA "KENNY," EFREN STEVE JIMINEZ, AKA "GRANDE," GUSTAVO MORENO, AKA "GUS GUS," and DAVID TORRES, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Steven B. Plesser, attorney for defendant Esquivel, Kyle Knapp, attorney for defendant Hernandez, Kelly Babineau, attorney for defendant Jiminez, David Fischer, attorney for defendant Moreno, and Robert Cassio, attorney for defendant Torres, to extend the time to file motions from May 1, 2013 to May 16, 2013; responses from May 22 to June 4, 2013; and replies from May 29, 2013 to June 11, 2013. The

1  hearing on the motions is set for June 10, 2013, and parties request
2  the date be continued to June 18, 2013 and be heard with the motions
3  in the related case of *United States v. Juan Herrera*, 1:11-CR-00186
4  LJO.

5      Counsel have conferred, and believe that the additional time
6  will assist the parties in ascertaining whether an agreement to
7  resolve the matter may be reached. Counsel agree that the time
8  between June 10, 2013 and June 18, 2013 will be excluded from the
9  speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)
10 in that the defendants' and the public's interest in a speedy trial
11 are outweighed by the interests of justice in permitting counsel
12 adequate time to review the voluminous discovery in order to
13 determine whether they would like to request the Court to set a
14 motion schedule or some additional proceeding and for continuity of
15 counsel such that all defendants' counsel may appear. Moreover, the
16 parties have previously agreed and continue to agree that due to the
17 nature of the prosecution and the amount of discovery resulting from
18 the investigation involving multiple wiretaps, pursuant to 18 U.S.C.
19 §3161(h)(7)(B), the case is complex, and it is unreasonable to
20 expect adequate preparation for pretrial proceedings or for the trial
21 itself within the time limits established by 18 U.S.C. §3161.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

```
Dated: April 29, 2013              Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                              By    /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
                                   Assistant U.S. Attorney

Dated: April 29, 2013               /s/ Steven B. Plesser


                                   STEVEN B. PLESSER
                                   Attorney for Gonzalo Esquivel

Dated: April 29, 2013               /s/ Kyle Knapp
                                   KYLE KNAPP
                                   Attorney for Kenneth Hernandez


Dated: April 29, 2013               /s/ David Fischer
                                   DAVID D. FISCHER
                                   Attorney for Gustavo Moreno


Dated: April 29, 2013               /s/ Robert Cassio
                                   ROBERT CASSIO
                                   Attorney for David Torres
```

IT IS SO ORDERED.

**Dated:   May 1, 2013**           **/s/  Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE