1  KYLE R. KNAPP (SBN 166597)
   ATTORNEY AT LAW
2  1120 D Street, Suite 100
   Sacramento, CA. 95814
3  Tel. (916) 441-4717
   Fax (916) 441-4299
4  E-Mail:  kyleknapp@sbcglobal.net

5
   Attorney for Defendant
6  KENNETH HERNANDEZ

7                  IN THE UNITED STATES DISTRICT COURT FOR THE

8                      EASTERN DISTRICT OF CALIFORNIA

9

10
   UNITED STATES OF AMERICA,            )   No. 1:11-CR-188 LJO
11                                       )
              Plaintiff,                 )   STIPULATION AND
12                                       )   ORDER CONTINUING MOTION HEARING
                                         )   AND STATUS CONFERENCE
13 v.                                    )
                                         )
14 GONZALO ESQUIVEL,                     )   Date:   June 18, 2013
   KENNETH HERNANDEZ,                    )   Time:  1:00pm.
15 EFREN JIMINEZ,                        )   Judge:  Honorable Lawrence J. O'Neill
   GUSTAVO MORENO.                       )
16                                       )
                                         )
17            Defendants.                )

18

19
   _____
20
          IT IS HEREBY stipulated between the United States of America through its undersigned
21
   counsel, Kimberly Sanchez, Assistant United States Attorney, attorney for plaintiff, together
22
   with Kelly Babineau, attorney for defendant, Efren Jiminez; Robert Cassio, attorney for
23
   defendant, David Torres; David Fischer, attorney for defendant, Gustavo Moreno; Kyle Knapp,
24
   attorney for defendant, Kenneth Hernandez; and Steven Plesser, attorney for defendant,
25
   Gonzalo Esquivel, that the previously-scheduled motion hearing currently set for June 18, 2012,
26
   be vacated and that the matter be set for status conference on August 19, 2013 at 1:00 p.m.
27
          Counsel have conferred and this continuance is requested to allow defense counsel
28
   additional time to further review discovery and to potentially negotiate further regarding

                                          1

settlement.    Each defense counsel has communicated with the government since the last court appearance in an effort to come to a meeting of the minds regarding a resolution of the case. Those discussions resulted in a revised plea offer tendered on May 7, 2013.

In consideration of those revised offers, defense counsel needs additional time to discuss the offers with their clients and potentially further negotiate with the government.   In addition, the motions work necessary in the case has been hindered by the trial schedules of two of the counsel assigned to the defendants.  Counsel for Mr. Jimenez, Kelly Babineau,  just finished a protracted state court homicide and I just finished one that began on March 4, 2013 and did not conclude until April 25, 2013.   It is respectfully requested that the motions deadline be vacated and counsel be allowed to further negotiate with the government until the end of June.   As this is a package offer, if those efforts are unsuccessful, it is the request of defense counsel that our wiretap and other motions be filed no later than the second week of July.  That may necessitate a brief continuance of the trial and it is hoped that we could try the case, not on September 24, 2013, as it is currently set, but sometime in late November or December.  In addition, one of the defendants has been transferred to Bakersfield and there have been logistical problems with access to our clients that have in part hamstrung efforts to move this more quickly.   In discussions with the government, they join in this motion and it is believed that they are receptive to the additional time requested in order to make a good faith run at resolving this matter short of trial.

In sum, both the prosecution and the defense have been and are diligently working to move this case forward and hopefully resolve it.  Given the mountain of discovery and volume of wiretap evidence received in this case, it is a veritable Gordian knot and is clearly complex. It was so designated early in the proceedings in this matter.

I have met and conferred with Mr. Cassio, Ms. Babineau, Mr. Fischer, Mr. Plesser and Ms. Sanchez.  They all concur in the request and the need to bring this motion.

To that end, counsel have conferred and further stipulate to and request that the Court order the following motion schedule and hearing date:

Motions to be filed on or before July 15, 2013

1    Responses to be filed on or before August 5, 2013,

2    Replies to be filed on or before August 12, 2012

3    Motion hearing/status conference: August 19, 2013.

4    In addition, that the current trial date be vacated and a new trial date set on August 19,

5    2013.  It is hoped that the matter will resolve prior to that time.

6    The parties agree and stipulate that the ends of justice served by the granting of such a

7    continuance outweigh the best interests of the public and the defendant in a speedy trial and that

8    time within which the trial of this case must be commenced under the Speedy Trial Act should

9    therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code

10   T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, April 30,

11   2012 to and including  September  4, 2012.    Moreover, the parties previously agreed that due

12   to the nature of the prosecution and the amount of discovery resulting from the investigation

13   involving multiple wiretaps, pursuant to 18 U.S.C. §3161(h)(7)(B), the case is complex.

14   Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

15   IT IS SO STIPULATED.

16   Dated:  May 13, 2013                          /s/ Kelly Babineau
17                                                 KELLY BABINEAU
                                                   Attorney for Defendant
18                                                 EFREN JIMINEZ

19   Dated:  May 13, 2013                          /s/ Robert Cassio
20                                                 ROBERT CASSIO
                                                   Attorney for Defendant
21                                                 DAVID TORRES

22   Dated:  May 13, 2013                          /s/ David D. Fischer
23                                                 DAVID D. FISCHER
                                                   Attorney for Defendant
24                                                 GUSTAVO MORENO

25   Dated:  May 13, 2013                          /s/ Kyle R. Knapp
26                                                 KYLE KNAPP
                                                   Attorney for Defendant
27                                                 KENNETH HERNANDEZ

28

Dated:  May 13, 2013                                            /s/ Steven Plesser
                                                               STEVEN PLESSER
                                                               Attorney for Defendant
                                                               GONZALO ESQUIVEL

Dated:  May 13, 2013                                            U.S ATTORNEY'S OFFICE

                                                         by:    /s/ Kimberly Sanchez
                                                               KIMBERLY SANCHEZ
                                                               Assistant U.S. Attorney
                                                               Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the case is complex and that a failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 13, 2013, to and including August 19, 2013, be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4 (reasonable time for defense counsel to prepare), 18 U.S.C. §3161(h)(7)(B), and Local Code T2 (complex case).

It is further ordered that the June 17, 2013, status conference/motion hearing date be continued to August 19 at 1 p.m., with motions to be filed on or before July 15, 2013, responses on or before August 5, 2012, and replies filed on or before August 12, 2013.  In addition, the currently set trial date is vacated and the matter shall be on for status and the setting of new trial

//

4

1   dates on August 19, 2013 at 1pm.

2

3                                            ORDER

4   The Court has no problem adjusting the pretrial dates.  The trial date, however, is different.  All

5   Counsel participated in the selection of the date.  That date is firm once selected.  Good cause

6   has not been stated to move it.   All new dates suggested and requested, save and except any

7   new trial date (and the suggested new date for the setting of a new trial) are granted.  The

8
9   trial date remains as set.

10

11  IT IS SO ORDERED.

12
        Dated:    **May 14, 2013**                        **/s/ Lawrence J. O'Neill**
13                                                        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28