McGREGOR W. SCOTT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00188-05 NONE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDNG STATUS CONFERENCE |
| v. | DATE: November 19, 2020 |
| DAVID TORRES, | TIME: 2:00 P.M. |
| Defendant. | COURT: Hon. Erica P. Grosjean |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 19, 2020.

2. By this stipulation, initiated by the United States of America, the parties stipulate that the status conference may be continued to November 24, 2020, to allow time for further investigation, discovery, and settlement discussions.

IT IS SO STIPULATED.

Dated:  November 16, 2020                                   McGREGOR W. SCOTT
                                                            United States Attorney


                                                            /s/ ANTONIO J. PATACA
                                                            ANTONIO J. PATACA
                                                            Assistant United States Attorney



Dated:  November 16, 2020                                   /s/ DOUGLAS C. FOSTER
                                                            DOUGLAS C. FOSTER
                                                            Counsel for Defendant
                                                            David Torres


## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until November 24, 2020, at 2:00 pm before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:  **November 16, 2020**                               /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE

2