McGREGOR W. SCOTT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00188-05 NONE |
| Plaintiff, | STIPULATION AND ORDER REGARDNG STATUS CONFERENCE |
| v. | DATE: November 24, 2020 |
| DAVID TORRES, | TIME: 2:00 P.M. |
| Defendant. | COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 24, 2020.

2. By this stipulation, initiated by the United States of America, the parties stipulate that the status conference may be continued to December 3, 2020, to allow time for further settlement discussions.

IT IS SO STIPULATED.

1

Dated: November 23, 2020				McGREGOR W. SCOTT
							United States Attorney


							/s/ ANTONIO J. PATACA
							ANTONIO J. PATACA
							Assistant United States Attorney


Dated: November 23, 2020				/s/ DOUGLAS C. FOSTER
							DOUGLAS C. FOSTER
							Counsel for Defendant
							David Torres


# FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until December 3, 2020.

IT IS SO ORDERED.

Dated:   **November 23, 2020**			/s/ *Sheila K. Oberto*
							UNITED STATES MAGISTRATE JUDGE