PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00188-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: March 9, 2022 |
| DAVID TORRES, | TIME: 2:00 P.M. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on March 9, 2022.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to April 20, 2022, at 2:00 PM, to allow time for defense review of the discovery, investigation, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

Dated:  March 1, 2022            PHILLIP A. TALBERT
                                                       United States Attorney

                                                       /s/ ANTONIO J. PATACA
                                                       ANTONIO J. PATACA
                                                       Assistant United States Attorney


Dated:  March 1, 2022            /s/ DOUGLAS FOSTER
                                                       DOUGLAS FOSTER
                                                       Counsel for Defendant
                                                       DAVID TORRES

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until April 20, 2022, at 2:00 PM before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:  **March 1, 2022**                      /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE