PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00188-JLT-BAM |
|---|---|
| Plaintiff, | |
| v. | MOTION SEEKING DISMISSAL OF SUPERSEDING PETITION FOR OFFENDER UNDER SUPERVISION |
| DAVID TORRES, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, respectfully files this Motion Seeking Dismissal of the Superseding Petition for Offender Under Supervision, dated February 11, 2022. In support of its motion, the government relies on the following facts:

**I. Facts**

On February 11, 2022, the United States Probation Office filed a Superseding Petition for Warrant or Summons for Offender Under Supervision alleging the defendant had violated the terms of his supervised release. (Doc. 241). This matter is currently set for a status conference on May 31,

**II. CONCLUSION**

WHEREFORE, the Government respectfully requests that the Court dismiss the Superseding Petition in the interest of justice and remove this matter from the May 31, 2022 calendar.

1

1 | DATED: May 10, 2022.   Respectfully submitted,

2 | PHILLIP A. TALBERT
United States Attorney

3

4 | /s/ Antonio J. Pataca
ANTONIO J. PATACA

5 | Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID TORRES,<br><br>Defendant. | CASE NO. 1:11-cr-00188<br><br>ORDER DISMISSING SUPERSEDING PETITION FOR OFFENDER UNDER SUPERVISION |

This matter is before the Court on motion of the United States seeking dismissal of the Superseding Petition for Offender Under Supervision filed on February 14, 2022. (Doc. 241). The Court, having considered the Motion and being otherwise sufficiently advised, is of the opinion that the Motion should be **GRANTED**.

THEREFORE, IT IS ORDERED that the Superseding Petition for Offender Under Supervision filed on February 14, 2022, is dismissed in the interest of justice.

IT IS FURTHER ORDERED that the status conference set for May 31, 2022, at 2:00 pm be removed from the calendar.

IT IS SO ORDERED.

Dated:  **May 10, 2022**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

3